**RECEIVED**

AUG 13 2012

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA



FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2012 AUG 13 PM 2:39

SOUTHERN
OF INDIA...

8/9/2012

Clerk of Court
U.S. District Court
46 E. Ohio Street
Room 105
Indianapolis, IN  46204

Objection to Subpoena to Produce Documents, Information, or objects or to permit inspection of premises in a Civil Action

Court:  United States District Court for the District of Indiana, Indianapolis Division

**Court Case No.  1:12-cv-00808-JMS-DML**

**IP Address:  96.42.16.87**

I hereby object to the release of any of my identifying information as this is an invasion of privacy

Charter Customer IP address 96.42.16.87