UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CP PRODUCTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:12-cv-00808-JMS-DML |
| | ) |
| JOHN DOE, | ) |
| | ) |
| Defendant. | ) |

## Order Denying Objection to Subpoena (Dkt. 9)

On June 23, 2012, the court entered an order permitting the plaintiff to serve non-party subpoenas on certain ISP providers to obtain the identities of persons that were assigned particular IP addresses alleged to have participated in the copying of a creative work for which the plaintiff holds the copyright. Without this information, the plaintiff had no means to name and serve persons as defendants, and to substitute them for the "John Doe" placeholder named in the complaint. The court's order limited the use of the identity information to this litigation.

On August 13, 2012, the court received an objection from "Charter Customer IP address 96.42.16.87," objecting to the non-party subpoena apparently served on ISP provider Charter Communications. The objection states, in total: "I hereby object to the release of any of my identifying information as this is an invasion of privacy." (Dkt. 9).

The court overrules and denies the objection. First, the objection does not comport with Fed.R.Civ.P. 11 because it is not signed and does not provide the additional information that rule requires. Second, the objection does not overcome the court's determination that the plaintiff has demonstrated a sufficient basis for the limited relief the court awarded in granting leave to conduct certain discovery. See Dkt. 8.

**Conclusion**

The objection (Dkt. 9) by Charter Customer IP address 96.42.16.87 is DENIED. Because the objector has not complied with Rule 11, the court has no means by which to notify the objector directly of this ruling. The objector is able to obtain this ruling through the federal courts' Pacer system. In addition, the court orders the plaintiff to provide a copy of this order to Charter Communications.

So ORDERED.

Date: ___09/18/2012___

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

Matthew Edward Dumas
Hostetter & O'Hara
matt@hostetter-ohara.com