# EXHIBIT A

| IP Address | ISP | Date/Time (UTC) |
|---|---|---|
| 107.2.154.30 | Comcast Cable Communications | 2012-03-28 18:59:24 |
| 107.2.169.254 | Comcast Cable Communications | 2012-01-11 07:12:05 |
| 107.3.35.77 | Comcast Cable Communications | 2012-01-05 17:38:26 |
| 107.3.46.181 | Comcast Cable Communications | 2012-01-06 21:03:22 |
| 107.5.194.1 | Comcast Cable Communications | 2012-02-24 07:57:52 |
| 108.11.186.74 | Verizon Online | 2011-12-12 05:19:54 |
| 108.12.36.130 | Verizon Online | 2011-12-10 02:09:50 |
| 108.14.254.178 | Verizon Online | 2012-01-23 04:32:30 |
| 108.17.122.218 | Verizon Online | 2012-01-27 15:08:48 |
| 108.18.113.90 | Verizon Online | 2012-04-13 16:19:14 |
| 108.28.117.91 | Verizon Online | 2011-12-08 00:12:52 |
| 108.28.124.231 | Verizon Online | 2012-04-03 04:55:39 |
| 108.33.11.149 | Verizon Online | 2011-12-29 07:23:41 |
| 108.34.189.78 | Verizon Online | 2011-12-08 04:33:08 |
| 108.35.119.17 | Verizon Online | 2011-12-14 03:23:47 |
| 108.35.220.189 | Verizon Online | 2012-04-05 20:16:25 |
| 108.39.111.140 | Verizon Online | 2012-04-17 03:41:18 |
| 108.50.158.73 | Verizon Online | 2012-03-23 19:03:21 |
| 108.53.33.200 | Verizon Online | 2012-04-09 17:41:38 |
| 108.78.168.190 | AT&T Internet Services | 2012-04-12 14:49:43 |
| 108.9.213.112 | Verizon Online | 2012-04-06 23:29:01 |
| 12.187.55.7 | Carson Communications | 2012-04-09 18:41:47 |
| 131.191.25.137 | Click! Network | 2011-12-29 07:23:41 |
| 146.115.180.103 | RCN Corporation | 2012-04-20 22:25:09 |
| 173.171.200.207 | Bright House Networks | 2012-01-25 22:55:38 |
| 173.175.87.35 | Road Runner HoldCo LLC | 2012-03-23 02:19:36 |
| 173.217.34.39 | Suddenlink Communications | 2012-01-13 05:39:38 |
| 173.26.230.36 | Mediacom Communications | 2012-01-09 23:56:14 |
| 173.26.51.24 | Mediacom Communications | 2011-12-30 03:40:20 |
| 173.29.11.226 | Mediacom Communications | 2011-12-26 18:23:27 |
| 173.29.18.190 | Mediacom Communications | 2012-03-19 16:58:52 |
| 173.29.186.214 | Mediacom Communications | 2011-12-30 06:46:10 |
| 173.48.97.238 | Verizon Online | 2011-12-30 07:45:06 |
| 173.49.164.9 | Verizon Online | 2011-12-23 22:40:03 |
| 173.54.113.15 | Verizon Online | 2012-01-17 08:40:31 |
| 173.57.133.127 | Verizon Online | 2012-03-02 23:07:23 |
| 173.57.147.36 | Verizon Online | 2012-03-12 00:41:49 |
| 173.59.47.240 | Verizon Online | 2011-12-07 17:32:03 |
| 173.65.101.182 | Verizon Online | 2012-01-20 02:41:52 |
| 173.65.123.53 | Verizon Online | 2012-02-02 22:56:43 |
| 173.65.232.203 | Verizon Online | 2011-12-15 04:41:26 |
| 173.65.247.216 | Verizon Online | 2012-04-06 04:57:14 |
| 173.66.219.172 | Verizon Online | 2011-12-20 07:20:11 |
| 173.66.22.173 | Verizon Online | 2012-05-06 05:09:07 |
| 173.71.171.187 | Verizon Online | 2011-12-30 09:55:24 |
| 173.73.175.119 | Verizon Online | 2012-05-08 19:50:47 |
| 173.76.159.169 | Verizon Online | 2012-05-05 09:59:33 |
| 173.76.173.95 | Verizon Online | 2012-01-05 21:16:01 |

| IP | ISP | Date |
|---|---|---|
| 173.76.230.64 | Verizon Online | 2012-04-13 07:29:27 |
| 173.77.253.89 | Verizon Online | 2012-01-12 17:40:45 |
| 173.78.49.203 | Verizon Online | 2011-12-17 01:24:15 |
| 173.81.168.94 | Suddenlink Communications | 2012-01-10 00:27:07 |
| 174.101.235.27 | Road Runner HoldCo LLC | 2012-02-23 20:24:28 |
| 174.124.41.130 | CenturyTel | 2012-04-19 07:18:13 |
| 174.134.100.203 | Bright House Networks | 2012-04-11 23:30:06 |
| 174.20.209.30 | Qwest Communications | 2012-04-16 15:42:59 |
| 174.21.119.141 | Qwest Communications | 2011-12-28 23:43:37 |
| 174.28.109.120 | Qwest Communications | 2011-12-27 01:54:11 |
| 174.44.228.135 | Bresnan Communications | 2012-02-08 19:05:24 |
| 174.49.169.9 | Comcast Cable Communications | 2012-01-17 17:01:42 |
| 174.53.65.162 | Comcast Cable Communications | 2012-01-21 03:24:59 |
| 174.54.238.209 | Comcast Cable Communications | 2012-02-08 20:41:30 |
| 174.57.231.43 | Comcast Cable Communications | 2012-02-07 03:33:03 |
| 174.59.126.154 | Comcast Cable Communications | 2012-02-20 23:02:31 |
| 174.63.103.2 | Comcast Cable Communications | 2012-02-19 00:52:42 |
| 174.69.123.157 | Cox Communications | 2012-03-30 05:31:24 |
| 174.71.32.158 | Cox Communications | 2012-03-28 22:20:53 |
| 174.98.36.105 | Road Runner HoldCo LLC | 2012-01-24 02:43:57 |
| 184.17.202.134 | Frontier Communications of America | 2012-01-02 22:04:55 |
| 184.18.143.251 | Frontier Communications of America | 2012-02-23 00:49:22 |
| 184.190.73.186 | Cox Communications | 2012-01-19 06:20:15 |
| 184.37.64.85 | BellSouth.net | 2012-01-14 23:37:32 |
| 184.96.176.244 | Qwest Communications | 2011-12-27 22:28:32 |
| 184.97.170.75 | Qwest Communications | 2012-02-19 01:15:29 |
| 207.118.103.163 | Digital Teleport Inc. | 2012-01-22 11:19:06 |
| 207.254.233.238 | Cebridge Connections | 2012-01-12 22:51:39 |
| 208.123.36.60 | Arvig Enterprises Inc. | 2011-12-22 03:24:04 |
| 209.99.197.21 | Selectronics Corp. | 2012-04-03 22:33:40 |
| 216.228.91.252 | API Digital Communications Group | 2012-01-25 17:53:10 |
| 24.101.144.17 | Armstrong Cable Services | 2012-03-09 01:01:32 |
| 24.113.174.226 | Wave Broadband | 2012-05-03 18:12:08 |
| 24.116.102.67 | Cable One | 2012-01-04 03:19:15 |
| 24.117.46.192 | Cable One | 2012-04-30 18:04:22 |
| 24.119.127.194 | Cable One | 2012-02-04 19:15:25 |
| 24.121.73.106 | NPG Cable | 2012-02-14 22:18:24 |
| 24.124.96.144 | Sunflower Broadband | 2012-04-23 00:31:47 |
| 24.126.77.97 | Comcast Cable Communications | 2012-01-31 17:13:36 |
| 24.131.232.174 | Comcast Cable Communications | 2012-03-27 00:34:22 |
| 24.139.53.216 | Fidelity Communication | 2012-02-19 04:30:17 |
| 24.140.98.61 | Massillon Cable Communications | 2011-12-30 06:41:19 |
| 24.144.39.234 | Conway Corporation | 2012-03-24 05:48:26 |
| 24.145.20.5 | Atlantic Broadband Finance | 2011-12-27 15:14:55 |
| 24.147.248.6 | Comcast Cable Communications | 2011-12-22 05:48:00 |
| 24.149.114.42 | Shentel Service Company | 2012-03-16 19:28:37 |
| 24.158.70.8 | Charter Communications | 2012-01-10 02:44:43 |
| 24.159.49.219 | Charter Communications | 2012-02-24 23:57:17 |
| 24.16.206.47 | Comcast Cable Communications | 2011-12-29 01:04:40 |

| | | |
|---|---|---|
| 24.18.45.206 | Comcast Cable Communications | 2012-01-26 19:35:08 |
| 24.182.39.186 | Charter Communications | 2012-04-06 21:20:08 |
| 24.19.51.81 | Comcast Cable Communications | 2012-01-02 19:06:01 |
| 24.190.204.153 | Cablevision Systems Corp. | 2012-04-13 13:12:09 |
| 24.21.144.2 | Comcast Cable Communications | 2012-01-10 04:48:48 |
| 24.21.177.217 | Comcast Cable Communications | 2012-04-17 07:22:23 |
| 24.214.242.100 | Knology | 2012-02-16 19:28:00 |
| 24.218.116.120 | Comcast Cable Communications | 2012-04-06 09:41:57 |
| 24.233.86.166 | Braintree Electric Light Dept. | 2012-05-08 21:30:56 |
| 24.239.200.167 | Armstrong Cable Services | 2012-01-07 10:26:33 |
| 24.251.69.225 | Cox Communications | 2012-05-08 22:29:56 |
| 24.252.10.117 | Cox Communications | 2012-01-10 06:40:09 |
| 24.253.69.114 | Cox Communications | 2012-02-20 23:19:32 |
| 24.26.110.148 | Bright House Networks | 2011-12-20 02:44:07 |
| 24.30.14.225 | Comcast Cable Communications | 2012-01-27 16:36:19 |
| 24.34.21.171 | Comcast Cable Communications | 2012-02-01 22:55:47 |
| 24.40.115.226 | Aeneas Internet Services | 2012-04-03 16:05:57 |
| 24.44.74.165 | Cablevision Systems Corp. | 2012-01-24 02:44:24 |
| 24.47.229.234 | Cablevision Systems Corp. | 2012-04-21 00:56:43 |
| 24.49.140.6 | Baja Broadband | 2012-01-08 09:32:05 |
| 24.49.162.217 | Baja Broadband | 2012-01-17 05:06:06 |
| 24.54.139.119 | US Cable of Paramus-Hillsdale | 2012-03-08 04:52:55 |
| 24.56.3.193 | Cox Communications | 2012-02-26 11:34:33 |
| 24.98.77.34 | Comcast Cable Communications | 2012-03-13 17:44:20 |
| 24.98.94.235 | Comcast Cable Communications | 2012-02-10 21:25:49 |
| 38.78.193.202 | Cogent/PSI | 2012-02-02 11:14:37 |
| 50.13.105.246 | Clearwire | 2011-12-28 23:44:05 |
| 50.27.235.199 | Suddenlink Communications | 2012-04-10 21:07:57 |
| 50.29.223.148 | PenTeleData | 2012-03-28 22:21:51 |
| 50.46.132.91 | Frontier Communications of America | 2012-02-21 02:16:34 |
| 50.46.185.136 | Frontier Communications of America | 2012-02-04 14:41:34 |
| 50.53.29.60 | Frontier Communications of America | 2012-01-07 01:25:18 |
| 50.90.111.65 | Bright House Networks | 2012-01-12 22:36:25 |
| 50.90.144.191 | Bright House Networks | 2012-04-17 09:10:28 |
| 64.121.28.120 | RCN Corporation | 2012-02-15 14:04:49 |
| 64.251.148.110 | Fidelity Communication | 2012-03-23 17:39:00 |
| 64.81.162.249 | Covad Communications | 2012-03-03 11:23:19 |
| 65.32.54.218 | Bright House Networks | 2012-01-31 09:19:31 |
| 65.34.118.134 | Bright House Networks | 2012-03-26 21:17:35 |
| 65.35.140.134 | Bright House Networks | 2012-04-28 00:01:26 |
| 65.60.177.198 | WideOpenWest | 2012-01-04 12:59:51 |
| 65.96.133.174 | Comcast Cable Communications | 2012-01-03 05:24:39 |
| 66.169.181.118 | Charter Communications | 2012-01-08 13:00:12 |
| 66.176.38.68 | Comcast Cable Communications | 2011-12-27 02:48:31 |
| 66.177.130.166 | Comcast Cable Communications | 2012-03-04 23:31:50 |
| 66.177.80.72 | Comcast Cable Communications | 2012-03-27 16:25:22 |
| 66.190.176.14 | Charter Communications | 2012-01-25 05:18:18 |
| 66.231.144.195 | Gainesville Regional Utilities | 2012-01-25 19:36:01 |
| 66.25.234.91 | Road Runner HoldCo LLC | 2012-03-03 23:52:01 |

| | | |
|---|---|---|
| 66.41.74.233 | Comcast Cable Communications | 2012-02-07 17:59:41 |
| 66.44.68.84 | RCN Corporation | 2011-12-23 13:34:53 |
| 66.90.233.133 | Grande Communications Networks | 2012-02-14 00:57:46 |
| 67.160.45.11 | Comcast Cable Communications | 2012-03-31 07:52:47 |
| 67.162.222.105 | Comcast Cable Communications | 2012-02-19 00:51:54 |
| 67.170.15.196 | Comcast Cable Communications | 2012-03-28 02:07:52 |
| 67.170.40.19 | Comcast Cable Communications | 2012-04-13 04:11:48 |
| 67.171.140.247 | Comcast Cable Communications | 2012-04-13 16:40:17 |
| 67.176.93.242 | Comcast Cable Communications | 2012-03-10 07:31:34 |
| 67.180.170.198 | Comcast Cable Communications | 2012-04-08 11:26:28 |
| 67.186.55.102 | Comcast Cable Communications | 2012-04-03 18:52:00 |
| 67.189.111.180 | Comcast Cable Communications | 2012-01-20 08:24:50 |
| 67.197.10.23 | Comporium Communications | 2012-04-29 02:04:13 |
| 67.61.122.224 | Cable One | 2012-05-03 00:39:18 |
| 67.81.69.151 | Cablevision Systems Corp. | 2012-03-30 03:13:35 |
| 67.82.36.254 | Cablevision Systems Corp. | 2012-02-16 01:27:38 |
| 67.84.105.158 | Cablevision Systems Corp. | 2011-12-23 07:58:29 |
| 67.85.1.121 | Cablevision Systems Corp. | 2012-02-26 00:04:52 |
| 68.1.163.171 | Cox Communications | 2012-01-11 05:40:24 |
| 68.100.46.3 | Cox Communications | 2012-01-06 15:37:10 |
| 68.101.206.200 | Cox Communications | 2012-05-10 02:09:19 |
| 68.102.19.79 | Cox Communications | 2011-12-29 05:57:44 |
| 68.102.77.3 | Cox Communications | 2011-12-27 00:57:28 |
| 68.104.226.199 | Cox Communications | 2012-01-04 05:27:45 |
| 68.105.196.78 | Cox Communications | 2012-02-19 14:17:53 |
| 68.108.153.173 | Cox Communications | 2012-02-08 01:02:35 |
| 68.111.180.74 | Cox Communications | 2012-04-19 18:38:01 |
| 68.118.109.25 | Charter Communications | 2011-12-07 17:32:11 |
| 68.13.164.156 | Cox Communications | 2012-04-02 14:28:23 |
| 68.14.28.242 | Cox Communications | 2011-12-27 23:12:47 |
| 68.184.131.158 | Charter Communications | 2012-04-06 16:20:23 |
| 68.184.248.15 | Charter Communications | 2012-05-08 01:11:30 |
| 68.186.155.92 | Charter Communications | 2012-01-23 13:59:30 |
| 68.186.89.131 | Charter Communications | 2011-12-09 08:33:06 |
| 68.193.82.8 | Cablevision Systems Corp. | 2012-01-14 16:25:22 |
| 68.194.11.59 | Cablevision Systems Corp. | 2012-04-24 02:23:00 |
| 68.198.166.176 | Cablevision Systems Corp. | 2012-04-18 06:54:45 |
| 68.199.153.235 | Cablevision Systems Corp. | 2012-02-17 20:25:17 |
| 68.207.134.169 | Bright House Networks | 2012-03-30 03:13:30 |
| 68.226.106.129 | Cox Communications | 2012-01-26 05:24:05 |
| 68.227.231.105 | Cox Communications | 2012-03-08 23:11:06 |
| 68.227.33.201 | Cox Communications | 2012-04-14 01:44:45 |
| 68.3.161.18 | Cox Communications | 2012-03-16 16:59:08 |
| 68.33.51.124 | Comcast Cable Communications | 2012-01-03 07:55:53 |
| 68.34.178.168 | Comcast Cable Communications | 2012-01-08 09:17:40 |
| 68.38.208.129 | Comcast Cable Communications | 2012-04-24 21:51:27 |
| 68.38.94.191 | Comcast Cable Communications | 2012-03-07 01:43:19 |
| 68.43.159.130 | Comcast Cable Communications | 2012-02-24 01:45:12 |
| 68.44.142.205 | Comcast Cable Communications | 2012-01-15 04:37:39 |

| | | |
|---|---|---|
| 68.44.80.2 | Comcast Cable Communications | 2012-01-16 23:32:11 |
| 68.44.83.191 | Comcast Cable Communications | 2012-03-26 17:14:21 |
| 68.5.116.193 | Cox Communications | 2012-03-24 06:32:22 |
| 68.5.155.27 | Cox Communications | 2012-03-29 21:25:43 |
| 68.52.7.223 | Comcast Cable Communications | 2012-02-11 23:29:07 |
| 68.53.176.176 | Comcast Cable Communications | 2012-04-17 08:10:31 |
| 68.55.35.100 | Comcast Cable Communications | 2012-01-08 04:04:59 |
| 68.57.142.32 | Comcast Cable Communications | 2012-01-19 08:05:24 |
| 68.60.254.125 | Comcast Cable Communications | 2012-03-30 23:50:19 |
| 68.62.38.80 | Comcast Cable Communications | 2012-01-16 03:55:43 |
| 68.7.218.87 | Cox Communications | 2012-04-10 21:38:23 |
| 68.8.66.15 | Cox Communications | 2012-03-30 23:07:02 |
| 68.81.40.128 | Comcast Cable Communications | 2012-01-10 00:11:49 |
| 68.89.136.203 | AT&T Internet Services | 2011-12-29 01:04:41 |
| 68.97.173.173 | Cox Communications | 2012-01-11 09:18:10 |
| 68.97.21.183 | Cox Communications | 2012-02-16 17:51:03 |
| 69.112.233.122 | Cablevision Systems Corp. | 2011-12-30 16:52:49 |
| 69.112.247.77 | Cablevision Systems Corp. | 2012-02-07 20:01:16 |
| 69.113.124.220 | Cablevision Systems Corp. | 2012-04-06 05:09:23 |
| 69.113.171.91 | Cablevision Systems Corp. | 2011-12-22 00:48:08 |
| 69.116.100.192 | Cablevision Systems Corp. | 2012-01-30 16:16:40 |
| 69.120.248.202 | Cablevision Systems Corp. | 2012-02-09 02:09:28 |
| 69.124.177.51 | Cablevision Systems Corp. | 2012-04-16 21:43:52 |
| 69.140.137.178 | Comcast Cable Communications | 2012-03-21 15:51:37 |
| 69.141.191.73 | Comcast Cable Communications | 2012-03-23 17:37:55 |
| 69.144.173.30 | Bresnan Communications | 2012-03-16 21:15:59 |
| 69.166.162.37 | Cdelightband | 2012-01-08 17:47:32 |
| 69.180.28.40 | Comcast Cable Communications | 2012-03-13 18:00:09 |
| 69.255.92.229 | Comcast Cable Communications | 2012-02-24 00:31:02 |
| 69.27.73.18 | Bristol Virginia Utilities | 2011-12-23 22:40:04 |
| 70.122.74.228 | Road Runner HoldCo LLC | 2011-12-29 10:22:10 |
| 70.15.37.214 | PenTeleData | 2012-01-23 00:01:27 |
| 70.160.89.164 | Cox Communications | 2012-01-20 00:56:29 |
| 70.162.7.104 | Cox Communications | 2012-02-04 01:13:10 |
| 70.162.90.53 | Cox Communications | 2012-01-25 17:02:46 |
| 70.173.226.21 | Cox Communications | 2011-12-21 00:45:42 |
| 70.174.52.35 | Cox Communications | 2012-02-04 02:15:48 |
| 70.177.233.99 | Cox Communications | 2012-01-08 20:39:37 |
| 70.179.3.49 | Cox Communications | 2012-03-23 07:39:03 |
| 70.185.197.15 | Cox Communications | 2012-05-04 19:50:08 |
| 70.185.98.15 | Cox Communications | 2012-01-22 01:03:42 |
| 70.59.19.30 | Qwest Communications | 2012-04-18 04:21:53 |
| 70.59.207.183 | Qwest Communications | 2012-01-18 23:50:40 |
| 70.94.248.5 | Road Runner HoldCo LLC | 2011-12-27 02:48:16 |
| 71.15.93.77 | Charter Communications | 2012-03-27 22:27:13 |
| 71.162.142.162 | Verizon Online | 2012-01-03 05:24:15 |
| 71.166.54.254 | Verizon Online | 2011-12-24 00:32:33 |
| 71.185.74.178 | Verizon Online | 2012-03-27 00:58:39 |
| 71.188.65.145 | Verizon Online | 2011-12-27 17:37:28 |

| IP Address | Provider | Timestamp |
|---|---|---|
| 71.190.187.216 | Verizon Online | 2011-12-27 00:37:05 |
| 71.191.84.170 | Verizon Online | 2011-12-07 23:02:28 |
| 71.192.110.53 | Comcast Cable Communications | 2012-02-03 20:33:54 |
| 71.192.150.93 | Comcast Cable Communications | 2011-12-27 20:26:47 |
| 71.194.95.192 | Comcast Cable Communications | 2012-02-22 00:52:17 |
| 71.197.148.161 | Comcast Cable Communications | 2012-01-12 01:32:00 |
| 71.198.149.229 | Comcast Cable Communications | 2012-05-08 00:05:02 |
| 71.198.99.134 | Comcast Cable Communications | 2012-04-06 14:28:01 |
| 71.199.0.38 | Comcast Cable Communications | 2012-01-02 18:19:26 |
| 71.199.56.107 | Comcast Cable Communications | 2012-03-03 11:23:31 |
| 71.199.66.184 | Comcast Cable Communications | 2012-01-23 05:38:12 |
| 71.205.106.105 | Comcast Cable Communications | 2011-12-26 19:21:30 |
| 71.205.218.44 | Comcast Cable Communications | 2012-02-07 22:59:41 |
| 71.21.180.102 | Clearwire | 2012-01-27 02:31:45 |
| 71.211.175.60 | Qwest Communications | 2011-12-29 10:28:40 |
| 71.211.248.161 | Qwest Communications | 2012-01-11 04:34:09 |
| 71.226.140.180 | Comcast Cable Communications | 2012-05-09 18:43:38 |
| 71.228.167.206 | Comcast Cable Communications | 2012-03-13 17:12:58 |
| 71.232.239.48 | Comcast Cable Communications | 2012-03-29 20:23:08 |
| 71.233.153.238 | Comcast Cable Communications | 2012-02-18 01:16:31 |
| 71.236.50.25 | Comcast Cable Communications | 2012-03-01 00:28:38 |
| 71.242.243.237 | Verizon Online | 2011-12-20 04:03:00 |
| 71.245.72.34 | Verizon Online | 2012-01-07 15:19:48 |
| 71.251.109.200 | Verizon Online | 2011-12-28 23:43:18 |
| 71.30.197.251 | Windstream Communications | 2012-03-01 00:28:35 |
| 71.33.115.180 | Qwest Communications | 2012-02-23 15:10:49 |
| 71.33.176.150 | Qwest Communications | 2012-01-24 09:21:55 |
| 71.36.63.186 | Qwest Communications | 2012-03-31 08:25:06 |
| 71.43.12.82 | Bright House Networks | 2012-03-01 10:49:46 |
| 71.53.107.70 | Embarq Corporation | 2012-03-28 18:44:20 |
| 71.57.229.55 | Comcast Cable Communications | 2012-03-08 15:58:03 |
| 71.58.49.189 | Comcast Cable Communications | 2012-01-05 00:11:00 |
| 71.59.26.217 | Comcast Cable Communications | 2012-02-12 01:11:21 |
| 71.61.191.93 | Comcast Cable Communications | 2012-02-07 04:27:33 |
| 71.62.186.185 | Comcast Cable Communications | 2012-03-05 03:59:05 |
| 71.63.133.146 | Comcast Cable Communications | 2011-12-22 03:41:00 |
| 71.70.182.129 | Road Runner HoldCo LLC | 2012-01-05 07:56:43 |
| 71.79.190.6 | Road Runner HoldCo LLC | 2011-12-23 00:09:23 |
| 71.8.86.175 | Charter Communications | 2011-12-14 09:53:31 |
| 71.84.126.66 | Charter Communications | 2011-12-14 10:57:19 |
| 71.91.129.198 | Charter Communications | 2012-03-01 00:28:07 |
| 71.92.34.12 | Charter Communications | 2011-12-20 21:48:49 |
| 72.14.113.210 | Qwest Communications | 2012-02-18 04:35:23 |
| 72.187.15.207 | Bright House Networks | 2012-04-13 12:11:03 |
| 72.189.127.51 | Bright House Networks | 2012-04-03 15:14:09 |
| 72.193.186.15 | Cox Communications | 2011-12-20 07:20:29 |
| 72.196.205.55 | Cox Communications | 2012-05-10 01:57:46 |
| 72.198.24.76 | Cox Communications | 2012-02-28 00:04:23 |
| 72.200.188.122 | Cox Communications | 2012-02-25 02:59:00 |

| | | |
|---|---|---|
| 72.200.45.45 | Cox Communications | 2012-04-27 15:42:04 |
| 72.200.62.164 | Cox Communications | 2012-04-06 00:26:50 |
| 72.201.179.22 | Cox Communications | 2012-04-05 17:20:41 |
| 72.204.139.225 | Cox Communications | 2012-01-12 00:23:40 |
| 72.208.56.67 | Cox Communications | 2012-01-12 18:26:14 |
| 72.209.152.71 | Cox Communications | 2012-01-13 23:44:28 |
| 72.213.137.59 | Cox Communications | 2012-01-14 04:16:54 |
| 72.213.192.225 | Cox Communications | 2012-01-13 05:39:36 |
| 72.216.36.150 | Cox Communications | 2012-01-10 01:01:53 |
| 72.222.244.195 | Cox Communications | 2012-04-10 05:41:21 |
| 72.64.82.139 | Verizon Online | 2012-01-16 03:55:23 |
| 72.70.43.253 | Verizon Online | 2012-01-08 04:38:06 |
| 72.81.133.29 | Verizon Online | 2012-01-24 09:07:56 |
| 72.94.198.114 | Verizon Online | 2011-12-21 06:22:52 |
| 74.100.39.148 | Verizon Online | 2012-04-12 14:49:45 |
| 74.102.11.73 | Verizon Online | 2012-05-05 21:49:19 |
| 74.103.45.66 | Verizon Online | 2012-01-08 09:18:23 |
| 74.104.148.159 | Verizon Online | 2012-01-26 05:38:04 |
| 74.108.55.86 | Verizon Online | 2012-05-03 12:01:15 |
| 74.130.195.243 | Insight Communications | 2011-12-21 23:55:28 |
| 74.181.84.113 | BellSouth.net | 2012-01-05 21:16:12 |
| 74.195.81.123 | Suddenlink Communications | 2012-01-08 21:13:45 |
| 74.222.194.171 | SureWest Kansas Operations | 2012-03-20 16:31:33 |
| 74.51.226.91 | Primecast | 2012-03-04 23:31:50 |
| 74.64.73.217 | Road Runner HoldCo LLC | 2012-04-18 03:01:09 |
| 74.77.135.109 | Road Runner HoldCo LLC | 2012-04-07 01:06:01 |
| 74.88.116.216 | Cablevision Systems Corp. | 2012-02-16 01:42:38 |
| 74.89.183.194 | Cablevision Systems Corp. | 2012-01-04 03:05:44 |
| 74.89.83.1 | Cablevision Systems Corp. | 2012-03-01 16:55:01 |
| 75.0.10.176 | AT&T Internet Services | 2012-03-29 23:19:23 |
| 75.104.34.53 | Wildblue Communications | 2011-12-23 09:07:19 |
| 75.110.227.245 | Suddenlink Communications | 2011-12-29 01:16:41 |
| 75.110.64.71 | Suddenlink Communications | 2012-01-08 21:11:03 |
| 75.118.119.117 | WideOpenWest | 2012-03-22 22:08:08 |
| 75.134.0.159 | Charter Communications | 2012-02-20 22:25:25 |
| 75.163.152.99 | Qwest Communications | 2012-03-13 21:58:59 |
| 75.179.27.60 | Road Runner HoldCo LLC | 2011-12-21 02:36:16 |
| 75.183.23.71 | Road Runner HoldCo LLC | 2012-01-31 07:58:50 |
| 75.184.5.65 | Road Runner HoldCo LLC | 2012-05-09 21:45:00 |
| 75.67.3.124 | Comcast Cable Communications | 2012-01-17 06:02:41 |
| 75.68.71.103 | Comcast Cable Communications | 2012-04-09 19:11:38 |
| 75.76.208.86 | Knology | 2012-04-23 15:21:08 |
| 75.90.119.121 | Windstream Communications | 2012-04-03 10:56:11 |
| 75.93.220.87 | Clearwire | 2012-03-30 06:46:23 |
| 76.10.36.234 | Frontier Communications of America | 2012-01-26 16:01:01 |
| 76.100.1.20 | Comcast Cable Communications | 2012-04-23 19:43:40 |
| 76.100.72.209 | Comcast Cable Communications | 2012-04-09 18:12:39 |
| 76.103.175.158 | Comcast Cable Communications | 2012-04-03 06:25:25 |
| 76.104.193.69 | Comcast Cable Communications | 2011-12-28 01:14:16 |

| | | |
|---|---|---|
| 76.104.219.146 | Comcast Cable Communications | 2012-04-03 05:30:09 |
| 76.105.186.9 | Comcast Cable Communications | 2012-02-04 22:46:23 |
| 76.105.191.115 | Comcast Cable Communications | 2012-02-06 23:52:08 |
| 76.106.90.118 | Comcast Cable Communications | 2012-03-29 15:32:08 |
| 76.110.165.173 | Comcast Cable Communications | 2011-12-30 08:15:05 |
| 76.113.196.165 | Comcast Cable Communications | 2012-02-04 05:39:32 |
| 76.114.91.140 | Comcast Cable Communications | 2011-12-20 22:35:31 |
| 76.116.137.195 | Comcast Cable Communications | 2012-03-04 23:31:36 |
| 76.117.219.64 | Comcast Cable Communications | 2012-01-26 20:31:05 |
| 76.119.2.114 | Comcast Cable Communications | 2012-05-02 00:25:38 |
| 76.125.72.249 | Comcast Cable Communications | 2012-02-16 19:01:02 |
| 76.127.148.50 | Comcast Cable Communications | 2012-04-18 04:49:39 |
| 76.127.17.74 | Comcast Cable Communications | 2012-02-28 02:03:50 |
| 76.127.98.130 | Comcast Cable Communications | 2012-04-06 18:00:28 |
| 76.17.222.148 | Comcast Cable Communications | 2012-05-08 01:11:52 |
| 76.17.33.146 | Comcast Cable Communications | 2012-04-18 02:21:52 |
| 76.17.85.112 | Comcast Cable Communications | 2012-01-13 04:34:29 |
| 76.179.216.209 | Road Runner HoldCo LLC | 2012-01-11 04:32:58 |
| 76.208.48.239 | AT&T Internet Services | 2012-01-28 15:02:08 |
| 76.210.45.63 | AT&T Internet Services | 2012-03-27 19:35:57 |
| 76.22.96.204 | Comcast Cable Communications | 2012-01-18 10:49:30 |
| 76.24.66.247 | Comcast Cable Communications | 2012-01-07 01:10:19 |
| 76.25.170.119 | Comcast Cable Communications | 2012-01-03 05:08:27 |
| 76.25.238.202 | Comcast Cable Communications | 2012-01-26 16:31:24 |
| 76.252.0.141 | AT&T Internet Services | 2012-01-14 03:46:09 |
| 76.26.209.236 | Comcast Cable Communications | 2012-01-26 16:01:01 |
| 76.3.87.94 | Embarq Corporation | 2012-01-11 06:43:41 |
| 76.31.225.194 | Comcast Cable Communications | 2012-04-19 17:58:24 |
| 76.4.98.200 | Embarq Corporation | 2012-01-22 21:40:23 |
| 76.7.226.159 | Embarq Corporation | 2011-12-23 01:09:27 |
| 96.226.117.168 | Verizon Online | 2011-12-24 03:57:49 |
| 96.233.32.66 | Verizon Online | 2012-01-23 02:15:44 |
| 96.237.105.108 | Verizon Online | 2012-02-08 06:17:52 |
| 96.239.57.37 | Verizon Online | 2012-01-16 23:32:11 |
| 96.241.160.216 | Verizon Online | 2011-12-22 22:58:40 |
| 96.241.202.9 | Verizon Online | 2012-02-23 06:01:14 |
| 96.241.238.157 | Verizon Online | 2012-01-03 07:03:28 |
| 96.244.53.250 | Verizon Online | 2012-02-19 05:23:24 |
| 96.245.253.18 | Verizon Online | 2012-05-08 23:15:17 |
| 96.249.250.131 | Verizon Online | 2012-04-28 04:50:40 |
| 96.252.173.254 | Verizon Online | 2011-12-28 06:05:46 |
| 96.254.39.43 | Verizon Online | 2012-05-05 22:56:18 |
| 96.255.147.56 | Verizon Online | 2011-12-20 05:31:16 |
| 96.27.12.218 | WideOpenWest | 2012-02-11 22:04:37 |
| 96.41.111.206 | Charter Communications | 2012-04-19 17:58:24 |
| 96.41.35.164 | Charter Communications | 2012-05-01 01:03:51 |
| 96.42.16.87 | Charter Communications | 2012-01-04 02:39:44 |
| 97.102.236.77 | Bright House Networks | 2012-01-16 01:38:58 |
| 97.117.170.82 | Qwest Communications | 2012-05-04 18:47:37 |

| | | |
|---|---|---|
| 97.123.90.186 | Qwest Communications | 2011-12-26 18:54:51 |
| 97.78.23.234 | Bright House Networks | 2012-03-17 19:29:56 |
| 97.80.39.199 | Charter Communications | 2012-01-08 09:17:40 |
| 97.85.70.170 | Charter Communications | 2011-12-11 09:09:42 |
| 97.89.171.162 | Charter Communications | 2012-01-23 02:15:36 |
| 97.97.70.131 | Bright House Networks | 2012-04-13 17:05:08 |
| 98.111.214.193 | Verizon Online | 2012-04-25 15:49:17 |
| 98.113.40.190 | Verizon Online | 2012-02-22 03:53:11 |
| 98.114.168.76 | Verizon Online | 2012-02-11 22:04:35 |
| 98.117.204.106 | Verizon Online | 2011-12-24 04:14:52 |
| 98.119.116.111 | Verizon Online | 2012-04-25 15:49:16 |
| 98.162.177.30 | Cox Communications | 2012-04-24 02:23:30 |
| 98.163.220.246 | Cox Communications | 2012-01-02 18:04:58 |
| 98.166.229.14 | Cox Communications | 2012-04-26 19:04:22 |
| 98.167.238.19 | Cox Communications | 2012-02-22 00:52:34 |
| 98.192.162.248 | Comcast Cable Communications | 2012-05-01 17:16:07 |
| 98.194.39.234 | Comcast Cable Communications | 2012-04-29 00:13:42 |
| 98.195.111.24 | Comcast Cable Communications | 2012-01-21 06:23:36 |
| 98.197.83.14 | Comcast Cable Communications | 2012-01-22 21:40:13 |
| 98.199.16.3 | Comcast Cable Communications | 2012-03-20 15:28:45 |
| 98.200.181.14 | Comcast Cable Communications | 2012-04-23 17:47:37 |
| 98.202.208.61 | Comcast Cable Communications | 2012-01-10 16:01:42 |
| 98.202.95.104 | Comcast Cable Communications | 2012-02-24 07:47:37 |
| 98.203.110.195 | Comcast Cable Communications | 2011-12-27 07:02:01 |
| 98.203.62.123 | Comcast Cable Communications | 2012-02-28 22:09:55 |
| 98.203.85.108 | Comcast Cable Communications | 2012-01-03 00:31:44 |
| 98.206.56.140 | Comcast Cable Communications | 2012-01-24 10:33:41 |
| 98.211.43.37 | Comcast Cable Communications | 2012-05-05 03:18:53 |
| 98.214.106.230 | Comcast Cable Communications | 2012-01-19 18:57:19 |
| 98.217.120.239 | Comcast Cable Communications | 2012-03-13 14:56:25 |
| 98.219.94.195 | Comcast Cable Communications | 2012-03-13 10:04:35 |
| 98.222.220.211 | Comcast Cable Communications | 2012-01-17 00:17:11 |
| 98.226.170.95 | Comcast Cable Communications | 2012-02-03 20:34:04 |
| 98.229.172.215 | Comcast Cable Communications | 2012-01-10 09:22:22 |
| 98.229.190.10 | Comcast Cable Communications | 2011-12-22 00:26:36 |
| 98.230.82.47 | Comcast Cable Communications | 2012-03-13 15:43:57 |
| 98.232.28.235 | Comcast Cable Communications | 2012-03-21 01:15:21 |
| 98.235.106.104 | Comcast Cable Communications | 2012-04-24 19:28:30 |
| 98.238.11.157 | Comcast Cable Communications | 2012-02-04 14:05:34 |
| 98.239.179.251 | Comcast Cable Communications | 2012-02-23 02:53:21 |
| 98.240.141.4 | Comcast Cable Communications | 2012-05-04 18:47:37 |
| 98.243.157.126 | Comcast Cable Communications | 2012-03-18 21:23:48 |
| 98.246.125.58 | Comcast Cable Communications | 2011-12-21 06:44:11 |
| 98.247.40.103 | Comcast Cable Communications | 2011-12-20 05:18:32 |
| 98.248.166.114 | Comcast Cable Communications | 2012-03-26 16:45:17 |
| 98.25.172.126 | Road Runner HoldCo LLC | 2012-03-27 22:26:55 |
| 98.25.244.201 | Road Runner HoldCo LLC | 2012-04-06 21:21:52 |
| 98.252.197.216 | Comcast Cable Communications | 2012-04-18 14:56:40 |
| 98.253.172.68 | Comcast Cable Communications | 2012-04-26 18:14:41 |

| | | |
|---|---|---|
| 98.253.249.76 | Comcast Cable Communications | 2012-03-02 02:07:08 |
| 98.254.107.217 | Comcast Cable Communications | 2011-12-31 09:38:41 |
| 98.30.236.106 | Road Runner HoldCo LLC | 2012-03-22 18:56:38 |
| 98.70.129.195 | BellSouth.net | 2012-05-10 01:41:30 |
| 99.110.149.77 | AT&T Internet Services | 2012-01-18 02:42:14 |
| 99.119.165.1 | AT&T Internet Services | 2012-03-30 03:13:30 |
| 99.140.91.30 | AT&T Internet Services | 2011-12-31 00:33:58 |
| 99.185.244.117 | AT&T Internet Services | 2012-04-26 19:48:55 |
| 99.20.64.94 | AT&T Internet Services | 2012-04-25 17:16:21 |

.