IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CP PRODUCTIONS, INC., | No. 1:12-CV-00808-JMS-DML |
| Plaintiff, | Judge: Hon. Jane E. Magnus-Stinson |
| v. | Magistrate: Hon. Debra McVicker Lynch |
| GERALD L. GLOVER, III, | |
| Defendant. | |

**SUMMONS IN A CIVIL ACTION**

TO:   Gerald L. Glover, III
      5846 Hartle Dr
      Indianapolis, IN 46216

   A lawsuit has been filed against you. Within 21 days after service of this summons on you (not counting the day you received it) C or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) C you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Matthew E. Dumas
HOSTETTER & O'HARA
515 N Green Street, Ste 200
Brownsburg, IN 46112
317.852.2422 (Phone)

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, Laura A. Briggs

Date: November 16, 2012

BY: _____

Civil Action Number: _____

Civil Summons (Page 2)

## PROOF OF SERVICE
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* __Gerald L. Glover, III__

was received by me on *(date)* __11/16/2012__.

☒ I personally served the summons on the individual at *(place)* __5846 Hartle Drive, Indianapolis, IN 46216__ on *(date)* __11/16/2012__; or @ 2:10 P.M.

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ __75.00__ for travel and $ _____ for services, for a total of $ __75.00__.

I declare under penalty of perjury that this information is true.

Date: __11/16/2012__

_Aaron M. Rader_
Server's Signature

Aaron M. Rader, Process Server
Printed name and title

Indiana Legal Support Services
6139 Carvel Avenue, #27
Indianapolis, IN 46220
Server's address
317-529-6650
ProcessServerIN@Gmail.com

Additional information regarding attempted service, etc.