### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

CP PRODUCTIONS, INC.,

      Plaintiff,

    v.

GERALD L. GLOVER, III,

      Defendant.

CASE NO. 1:12-cv-00808-JMS-DML

Judge: Hon. Jane E. Magnus-Stinson

Magistrate: Hon. Debra McVicker Lynch

**PLAINTIFF'S REQUEST
TO ENTER DEFAULT**

### PLAINTIFF'S REQUEST TO ENTER DEFAULT

Plaintiff CP Productions, Inc., by and through its counsel hereby requests that the Court enter default in this matter pursuant to Federal Rule of Civil Procedure 55(a) against Defendant Gerald L. Glover, III ("Defendant Glover"). Defendant Glover failed to appear or otherwise response to Plaintiff's Amended Complaint within the time prescribed by Federal Rule of Civil Procedure 12(a). Defendant Glover was personally served with the summons and amended complaint on November 16, 2012. (*See* Ex. A Proof of Service, attached hereto); (Decl. of Matthew E. Dumas ¶¶ 2-3, attached hereto as Ex. B).

Despite being properly served, Defendant Glover has not responded, either through an answer or a motion, nor has Defendant Glover appeared in this case. (Decl. of Matthew E. Dumas ¶ 4.) Further, Defendant Glover is neither a minor nor an incompetent person. (*Id.* ¶ 5.) For the foregoing reasons, Plaintiff respectfully requests that the Clerk of Court enter default as to Defendant Glover.

Respectfully submitted,

CP Productions, Inc.

DATED: December 31, 2012

By:    /s/ Matthew E. Dumas
       Matthew E. Dumas, Esq. (Bar # 24596-49)
       HOSTETTER & O'HARA
       515 N. Green Street, Suite 200
       Brownsburg, IN 46112-2115
       Phone: 317-852-2422
       Fax: 317-852-3748
       E-mail: matt@hostetter-ohara.com
       *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 31, 2012, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system. In addition, Defendant Gerald L. Glover, III was served by U.S. mail postage prepaid consistent with the Federal Rules of Civil Procedure at the following last known residential address:

Gerald L. Glover, III
5846 Hartle Drive
Indianapolis, IN 46216

/s/ Matthew E. Dumas
MATTHEW E. DUMAS

2