IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CP PRODUCTIONS, INC., | CASE NO. 1:12-cv-00808-JMS-DML |
| Plaintiff, | |
| | Judge: Hon. Jane E. Magnus-Stinson |
| v. | |
| | Magistrate: Hon. Debra McVicker Lynch |
| GERALD L. GLOVER, III, | |
| | PLAINTIFF'S 2ND REQUEST |
| Defendant. | TO ENTER DEFAULT |

## PLAINTIFF'S 2ND REQUEST TO ENTER DEFAULT

Plaintiff CP Productions, Inc., by and through its counsel hereby renews its request that the Court enter default in this matter pursuant to Federal Rule of Civil Procedure 55(a) against Defendant Gerald L. Glover, III ("Defendant Glover"). Defendant Glover failed to appear or otherwise response to Plaintiff's Amended Complaint within the time prescribed by Federal Rule of Civil Procedure 12(a). Defendant Glover was personally served with the summons and amended complaint on November 16, 2012. (*See* Ex. A Proof of Service, attached hereto); (Decl. of Matthew E. Dumas ¶¶ 2-3, attached hereto as Ex. B).

Despite being properly served, Defendant Glover has not responded, either through an answer or a motion, nor has Defendant Glover appeared in this case. (Decl. of Matthew E. Dumas ¶ 4.) Further, Defendant Glover is neither a minor nor an incompetent person. (*Id.* ¶ 5.) For the foregoing reasons, Plaintiff respectfully requests that the Clerk of Court enter default as to Defendant Glover.

The Court denied Plaintiff's original request to enter default because "Plaintiff has failed to include the affidavit required by the Servicemembers Civil Relief Act, 50 USC Appx. § 521.

If Plaintiff does not know the individual Defendant's military status, it must consult the website the Department of Defense maintains so the public may comply with the Act.ö (ECF No. 20.) Plaintiff is unable to obtain this information from the Department of Defense website because it requires information inaccessible to Plaintiff, namely Defendantøs social security number and date of birth. Plaintiff, however, conducted its own investigation and determined that Defendant is not active in military service. (Decl. of Matthew E. Dumas ¶ 5.) This investigation is further substantiated based on the fact that Defendant was *personally* served at his residence. (*Id.*); (*see also* Ex. A.)

                                                                        Respectfully submitted,

                                                                        CP Productions, Inc.

DATED: January 28, 2013

                                                     By:    /s/ Matthew E. Dumas
                                                                  Matthew E. Dumas, Esq. (Bar # 24596-49)
                                                                   HOSTETTER & OøHARA
                                                                   515 N. Green Street, Suite 200
                                                                   Brownsburg, IN 46112-2115
                                                                   Phone: 317-852-2422
                                                                   Fax: 317-852-3748
                                                                   E-mail: matt@hostetter-ohara.com
                                                                   *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 28, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Courtøs CM/ECF system. In addition, Defendant Gerald L. Glover, III was served by U.S. mail postage prepaid consistent with the Federal Rules of Civil Procedure at the following last known residential address:

    Gerald L. Glover, III
    5846 Hartle Drive
    Indianapolis, IN 46216

                                                                        /s/ Matthew E. Dumas
                                                                        MATTHEW E. DUMAS