# EXHIBIT A

Civil Summons (Page 2)

Civil Action Number: _____

**PROOF OF SERVICE**
*(this section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _Gerald L. Glover, III_

was received by me on *(date)* _11/16/2012_.

☒ I personally served the summons on the individual at *(place)* _5846 Hartle Drive,_ _Indianapolis, IN 46216_ on *(date)* _11/16/2012_ ; or _@2:10 P.M._

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*


My fees are $ _75.00_ for travel and $_____ for services, for a total of $_75.00_.


I declare under penalty of perjury that this information is true.

Date: _11/16/2012_

_Aaron M. Rader_ (signature)
*Server's Signature*

_Aaron M. Rader, Process Server_
*Printed name and title*
_Indiana Legal Support Services_
_6139 Carvel Avenue, #27_
_Indianapolis, IN 46220_
*Server's address*
_317-529-6650_
_ProcessServerIN@Gmail.com_

Additional information regarding attempted service, etc.