## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

CP PRODUCTIONS, INC.,

   Plaintiff,

v.

GERALD L. GLOVER, III,

   Defendant.

CASE NO. 1:12-cv-00808-JMS-DML

Judge: Hon. Jane E. Magnus-Stinson

Magistrate: Hon. Debra McVicker Lynch

**DECLARATION OF MATTHEW E. DUMAS IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT**

### DECLARATION OF MATTHEW E. DUMAS IN SUPPORT OF PLAINTIFF'S REQUEST TO ENTER DEFAULT

I, Matthew E. Dumas, declare as follows:

1. I am an attorney at law licensed to practice in Indiana, and admitted in the Southern District of Indiana. My business address is 515 N. Green Street, Suite 200, Brownsburg, IN 46112-2115. I am counsel of record for Plaintiff in this matter.

2. Defendant Gerald L. Glover, III was personally served with the summons and amended complaint on November 16, 2012. A licensed process server, Aaron M. Rader, swore under the penalty of perjury that he effectuated personal service in accordance with Federal Rule of Civil Procedure Rule 4(e). (Ex. B.)

3. On information and belief, all necessary forms, including the summons and amended complaint, were served on Defendant Glover at 5846 Hartle Drive, Indianapolis, IN 46216. Defendant Glover was served by virtue of the process served delivering a copy of the process to defendant personally. Plaintiff has satisfactorily served process on Defendant Glover.

1

"EXHIBIT B"

4. Defendant Glover has failed to respond to Plaintiff's Amended Complaint within the specific time parameters laid out in the Federal Rules of Civil Procedure.

5. On information and belief, Defendant is not in the military service or armed forces of the United States of America. This belief is based on Plaintiff's investigation of Defendant and the fact that Defendant was personally served at his residence.

6. On information and belief, Defendant is not an infant or incompetent person.

7. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge, except for those matters stated on information and belief, and those matters I believe to be true. If called upon to testify, I can and will competently testify as set forth above.

DATED: January 28, 2013                              BY: /s/ Matthew E. Dumas

"EXHIBIT B"