**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

CP PRODUCTIONS, INC.,

    Plaintiff,

  v.

GERALD L. GLOVER, III,

    Defendant.

CASE NO. 1:12-cv-00808-JMS-DML

Judge: Hon. Jane E. Magnus-Stinson

Magistrate: Hon. Debra McVicker Lynch

**DEFAULT BY CLERK**
**F.R.Civ.P.55(a)**

It appearing from the records in the above-entitled action that summons and amended complaint have been served upon the defendant named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P.55(a), that the below defendant has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of the following named defendant is hereby entered:   GERALD L. GLOVER, III

_____
Date

By_____
Deputy Clerk