IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

CP PRODUCTIONS, INC.,

    Plaintiff,

v.

GERALD L. GLOVER, III,

    Defendant.

CASE NO. 1:12-cv-00808-JMS-DML

Judge: Hon. Jane E. Magnus-Stinson

Magistrate: Hon. Debra McVicker Lynch

## DEFAULT BY CLERK
### F.R.Civ.P.55(a)

It appearing from the records in the above-entitled action that summons and amended complaint have been served upon the defendant named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P.55(a), that the below defendant has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of the following named defendant is hereby entered: GERALD L. GLOVER, III

02/19/2013
Date

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

Copy to Matthew Dumas, by ECF

Copy mailed to:
Gerald Glover, III
5846 Hartle Drive
Indianapolis, IN 46216