UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CP PRODUCTIONS INC., )<br>    *Plaintiff*, )<br>)<br>   *vs.* )<br>)<br>GERALD L. GLOVER, III, )<br>    *Defendant.* ) | 1:12-cv-00808-JMS-DML |

## ORDER

On January 28, 2013, Plaintiff CP Productions, Inc. ("CP") filed its Second Request to Enter Default. [Dkt. 21.] On February 19, 2013, the Clerk entered default against Defendant Gerald L. Glover, III because he has failed to plead or otherwise defend in this action, despite having been served with a Summons and the Amended Complaint. [Dkt. 22.]

CP filed a Motion for Default Judgment against Mr. Glover on February 26, 2013. [Dkt. 23.] CP seeks statutory damages of $150,000 under the Copyright Act, 17 U.S.C. § 504, for Mr. Glover's alleged willful infringement of CP's copyright. [Dkt. 24 at 8-9.] CP also seeks attorneys' fees and costs of $1,425 under 17 U.S.C. § 505, for a total judgment of $151,425. [*Id.* at 9-10.] Mr. Glover has not responded to CP's Motion for Default Judgment.

The Court finds that CP's allegations in the Amended Complaint – which the Court takes as true due to Mr. Glover's default – are sufficient to establish that CP is entitled to statutory damages for Mr. Glover's willful infringement of CP's copyright, and for attorneys' fees and costs under the Copyright Act. Therefore, the Court **GRANTS** CP's Motion for Default Judgment, [dkt. 23]. Final Judgment will enter accordingly.

03/26/2013

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Matthew Edward Dumas
HOSTETTER & O'HARA
matt@hostetter-ohara.com

**Distribution via U.S. Mail:**

Gerald L. Glover, III
5846 Hartle Drive
Indianapolis, IN 46216