UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CP PRODUCTIONS INC., | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-00808-JMS-DML |
| | ) | |
| GERALD L. GLOVER, III, | ) | |
| *Defendant.* | ) | |

## FINAL JUDGMENT

For the reasons set forth in the Court's contemporaneously entered Order, the Court now enters **FINAL JUDGMENT** in favor of Plaintiff and against Defendant and taxes costs in favor of Plaintiff and against Defendant for a total amount of **$151,425**. This figure includes:

1. Statutory damages of $150,000;
2. Attorneys' fees of $1,000; and
3. Costs of $425.

03/26/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only:**

Matthew Edward Dumas
HOSTETTER & O'HARA
matt@hostetter-ohara.com

**Distribution via U.S. Mail:**

Gerald L. Glover, III
5846 Hartle Drive
Indianapolis, IN 46216